## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Aubrey  Ann Onorato fka Aubrey Ann                    CHAPTER 13
Stevenson fka Aubrey Ann Trzybinski
              Debtor(s)                    BKY. NO. 26-21214 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

              Respectfully submitted,

              /s/ *Matthew Fissel*
              Matthew Fissel
              01 Jun 2026, 15:19:21, EDT

              Matthew Fissel, Esq. (314567)   ☑
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              412-430-3594
              bkgroup@kmllawgroup.com

Document ID: 8011fe8bafb47e62c11426a6c9ea9002536ea5efea5a7c70a6d02ff07a303cdb