**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

AUBREY ANN ONORATO

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 2

**Case Number:** 26-21214

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Carvana, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only ☑ Payment only ☐ Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC | Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC |
| P.O. Box 4138 | PO Box 661384 |
| Houston, TX 77210 | Dallas,TX 75266-1384 |

Date: 08/12/2026

/s/ Amit Rohit

Creditor's Authorized Agent for Carvana, LLC

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

AUBREY ANN ONORATO

**Case Number:** 26-21214

**Debtor(s)**

## Certificate of Service

I certify that on 08/12/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
SCOTT R LOWDEN
LOWDENSCOTT@GMAIL.COM

Trustee
RONDA J. WINNECOUR
cmecf@chapter13trusteewdpa.com

/s/ Amit Rohit

Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com