IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 26-21214-GLT |
| Aubrey Ann Onorato, | : | |
| | : | |
| Debtor(s) | : | |
| Aubrey Ann Onorato, | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| Amazon, | : | |
| Respondent(s) | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on August 28, 2026 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on August 28, 2026.

Amazon
Attn: Payroll Manager
1200 Westport Road
Imperial, PA. 15126

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329