IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Aubrey Ann Onorato, Debtor(s) | : | Bankruptcy No. 26-21214-GLT |
| Aubrey Ann Onorato, Movant(s) | : | Related to Document No. |
| v. | : | |
| Soliant, Respondent(s) | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment issued on October 9, 2026 and The Notification of Debtor's Social Security Number, Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on October 12, 2026.

Soliant
Attn: Payroll Manager
5550 Peachtree Parkway, Suite 500
Peachtree Corner, GA. 30092

Attorney for Movant:
Rice & Associates Law Firm
/s/ David A Rice, Esq.
15 West Beau Street
Washington, PA 15301
724-225-7270
ricelaw1@verizon.net
PA ID# 50329